**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1681

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-00973-MSN-WBP)

Submitted:  August 21, 2025                    Decided:  August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and to expedite. We have reviewed the record and find no reversible error. Accordingly, we deny Adkins' motion to expedite decision and affirm the district court's order. *Adkins v. Va. Polytechnic Inst. & State Univ.*, No. 1:25-cv-00973-MSN-WBP (E.D. Va. June 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
